IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND VENUE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR09+-00643 SBA |
| | ) | |
| Plaintiff, | ) | ORDER MODIFYING CONDITIONS OF |
| | ) | PRE-TRIAL RELEASE TO AUTHORIZE |
| vs. | ) | OUT-OF-DISTRICT TRAVEL |
| | ) | |
| HIRUY AMANUEL | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

WHEREFORE GOOD CAUSE APPEARING, AND UPON THE EX-PARTE APPLICATION OF DEFENDANT AMANUEL, IT IS HEREBY ORDERED THAT the conditions of pre-trial release are modified to allow travel outside the Northen District of California to Boston, Massachusetts on Monday November 23, 2009 and return home to Northern District of California on Monday November 30, 2009.

IT IS FURTHER ORDERED that defendant Amanuel provide a complete itinerary to U.S. Pretrial Services prior to his leaving the district.

SO ORDERED.

DATED:10/8/09

_____
Hon. SAUNDRA BROWN ARMSTRONG
United States District Judge

(Proposed) Order
CR09-00643 SBA